UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michelle Baker,
    Plaintiff,

    v.                                        Case No. C-1-02-512
                                              (Beckwith, J.;, Hogan, M.J.)

Kuempel Services, Inc.,
    Defendant.

**NOTICE**

    Please take notice that the above-captioned case has been set for a settlement conference regarding before the Honorable Timothy S. Hogan on:

Wednesday, October 15, 2003, at 1:30 pm
Room 706 Potter Stewart U.S. Courthouse

Timothy S. Hogan
United States Magistrate Judge


 s/Barbara A. Crum
Courtroom Deputy

cc:    All Counsel
bac    September 26, 2003