Anthony J. Caruso (0040773)<br>
Colleen M. Blandford (0061877)<br>
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **MICHELLE BAKER,** | : | Case No. C-1-02-0512 |
| | : | |
| Plaintiff, | : | (Judge Beckwith) |
| | : | |
| vs. | : | (Magistrate Hogan) |
| | : | |
| **KUEMPEL SERVICES, INC., JOAN M.** | : | NOTICE OF DEPOSITION OF |
| **WEEKS, KEVIN BROXTERMAN** and | : | <u>PLAINTIFF MICHELLE BAKER</u> |
| **JOE DONAHUE** | : | |
| | : | |
| Defendants. | : | |

Please take notice that Defendants, by and through counsel, will take the deposition of Michelle Baker, beginning at 9:00 a.m. on Tuesday, November 18, 2003, at the offices of Kohnen & Patton LLP, PNC Center, Suite 800, 201 East Fifth Street, Cincinnati, OH 45202. Said deposition will be taken for all purposes permitted by the Ohio Rules of Civil Procedure and will be continued from day to day until completed. You are invited to attend.

Respectfully submitted,

KOHNEN & PATTON LLP

<u>/s/ Colleen M. Blandford</u>
Anthony J. Caruso (0040773)
Colleen M. Blandford (0061877)
Attorneys for Defendants
PNC Center, Suite 800
201 East Fifth Street
Cincinnati, OH 45202-2994
Telephone: (513) 381-0656
Facsimile: (513) 381-5823

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was sent via regular U.S. Mail on this 1st day of October, 2003 upon the following:

Ted L. Wills, Esq.
414 Walnut Street, Suite 707
Cincinnati, OH 45202-3913

Litigation Support Services
817 Main Street, Suite 400
Cincinnati, OH  45202

                                              /s/ Colleen M. Blandford
                                              Colleen M. Blandford

164776.1:CINTI-17796
10/1/2003