Anthony J. Caruso (0040773)
Colleen M. Blandford (0061877)
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MICHELLE BAKER, | : | Case No. C-1-02-0512 |
| Plaintiff, | : | (Judge Beckwith) |
| vs. | : | (Magistrate Hogan) |
| KUEMPEL SERVICES, INC., JOAN M. WEEKS, KEVIN BROXTERMAN and JOE DONAHUE | : | ENTRY OF DISMISSAL WITH PREJUDICE |
| Defendants. | : | |

Come now the parties, by and through their respective counsel, and hereby represent that all matters between them have been amicably resolved. It is therefore stipulated by the parties and ordered by the Court that the within action be dismissed with prejudice.

_____
Judge Beckwith

_____
Anthony J. Caruso (0040773)
Colleen M. Blandford (0061877)
Attorneys for Defendants
Kohnen & Patton LLP
PNC Center, Suite 800
201 East Fifth Street
Cincinnati, OH 45202-2994

_____
Ted L. Wills (0059473)
414 Walnut Street, Suite 707
Cincinnati, OH 45202-3913

167674.1:CINTI-17796
11/4/2003